IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRY FAISON WILLIAMS, :
*as Power of Attorney for her Father*, : 1:12-cv-64
*Louis T. Faison, Sr.,* :
       Plaintiff, :
        : Hon. John E. Jones III
       v. :
        : Hon. Malachy E. Mannion
UNITED STATES OF AMERICA, :
        :
       Defendant. :

## ORDER

### March 29, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 6) is **ADOPTED** in its entirety.

2. The complaint is **DISMISSED WITH PREJUDICE.**

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

4. Plaintiff's Motion for Counsel (Doc. 5) and for Release of Documents (Doc. 7) are **DISMISSED** as **MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

          <u>s/ John E. Jones III</u>
          John E. Jones III
          United States District Judge