IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY FAISON WILLIAMS, | : | |
| *as Power of Attorney for her Father*, | : | 1:12-cv-64 |
| *Louis T. Faison, Sr.,* | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Malachy E. Mannion |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### March 29, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 6) is **ADOPTED** in its entirety.

2. The complaint is **DISMISSED WITH PREJUDICE.**

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

4. Plaintiff's Motion for Counsel (Doc. 5) and for Release of Documents (Doc. 7) are **DISMISSED** as **MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge
